STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant WHITMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-443 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| v. | Date: October 11, 2013 |
| EUGENE WHITMORE, | Time: 9:30 a.m. |
| Defendant. | Court: The Honorable Jon S. Tigar |

1. Sentencing in this matter is scheduled for October 11, 2013 at 9:30 a.m.;

2. Defense counsel will be out of town on October 11, 2013, and requests a continuance of the sentencing to October 18, 2013 at the Oakland venue;

3. Assistant United States Attorney Natalie Lee has no objection to continuing the sentencing hearing to October 18, 2013, as evidenced by her signature at the conclusion of this stipulation;

6. United States Probation Officer Patrick McFate has been contacted by defense counsel, and has no objection to continuing the sentencing hearing to October 18, 2013 at 9:30 a.m. in Oakland.

//

13-443 JST; Stipulation to Continue        1

IT IS SO STIPULATED.

Dated: September 27, 2013

                                                                                                      /S/_____
                                                                                                      ELIZABETH M. FALK
                                                                                                      ASSISTANT FEDERAL PUBLIC DEFENDER

Dated:  September 27, 2013                        /S/_____
                                                                                    NATALIE LEE
                                                                                   ASSISTANT UNITED STATES ATTORNEY

## ~~[PROPOSED]~~ ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing hearing in this matter is continued to October 18, 2013 at 9:30 a.m. at the Oakland courthouse.

**IT IS SO ORDERED**.

DATED: September 30, 2013                      _____
                                                            THE HONORABLE JON S. TIGAR
                                                            UNITED STATES DISTRICT JUDGE